UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Santiago Gonzalez
                    Plaintiff,

v.                                     Case No.: 1:16−cv−05120
                                            Honorable Jeffrey T. Gilbert

Salerno's & Sons, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 6, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the parties' Stipulation of Dismissal With Prejudice [126], all of Plaintiffs' claims shall be dismissed as to all Defendants, with prejudice. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.